**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6690**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

RICHARD EARL WILSON, JR.,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-95-49)

─────────────

Submitted:  July 18, 2002          Decided:  July 24, 2002

─────────────

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Richard Earl Wilson, Jr., Appellant Pro Se. Kevin Michael Comstock, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Earl Wilson, Jr., appeals from the district court's order denying relief on his motion in which he challenges the validity of his sentence after <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Wilson</u>, No. CA-95-49 (E.D. Va. filed Feb. 28, 2002; entered Mar. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>